**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

Scott D. Vance

   Debtor

:   Case No. 15-53290
:
:   Chapter 13
:   Judge Caldwell

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Scott Vance, through counsel, who respectfully notifies the Court that he has moved and that his new address is as follows:

    3152 Rossmore Circle
    Powell OH 43065

    /s/ James E. Nobile
    James E. Nobile (0059705)
    **Nobile & Thompson Co., LPA**
    4876 Cemetery Road
    Hilliard, OH 43026
    (614) 529-8600
    (614) 529-8656
    jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

    /s/ James E. Nobile
    James E. Nobile (0059705)
    **Nobile & Thompson Co., LPA**